MYRNA C. LARSON and ALFRED V. LARSON, Respondents, v. THE CITY OF NEW YORK, Appellant.— Action by plaintiff wife for damages for personal injuries suffered as a consequence of a fall upon a sidewalk upon which there was a dangerous accumulation of icy ruts, together with an action by plaintiff husband for expenses and loss of services. Judgment for the plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

LEEWOOD HILLS, INC., Respondent, v. THE NEW ROCHELLE WATER COMPANY, Appellant.— Judgment for plaintiff in an action to rescind a contract and to recover the balance of a deposit, and order denying defendant's motion to reopen the case, reversed on the law and a new trial granted, with costs to appellant to abide the event. For the purpose of the new trial, the findings of fact and conclusions of law are reversed. In our opinion it was an improper exercise of discretion for the court, after it rendered its opinion, but before the decision was signed, to deny defendant's motion to reopen the case for the submission of additional evidence. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

JEAN C. MAHER, Respondent, v. ANDREW F. KAY, Appellant, and EMBASSY TRANSPORTATION CORP., Defendant.— Order denying motion to change the venue from the county of Richmond to the county of Kings reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Appeal from order denying defendant-appellant's motion to resettle the order as originally made dismissed. We are of opinion that it appears affirmatively from the record that the plaintiff-respondent is a resident of the county of Queens. The venue was laid in Richmond county and it is not disputed that the defendant-appellant resides in Kings county. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.